IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**United States of America,**

      **Plaintiff,**

**v.**                                        **Case No. 04-20150-JWL**

**Larry Rucker,**

      **Defendant.**

## MEMORANDUM & ORDER

On May 20, 2016, Mr. Rucker filed an application for leave to file a successive § 2255 petition with the Tenth Circuit. On June 24, 2016, the Circuit abated that application pending further proceedings. The Circuit has not yet ruled on the application. Based on a presumptive June 27, 2016 deadline to file any § 2255 petitions based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), Mr. Rucker filed his successive § 2255 petition in this court on June 24, 2016 and simultaneously filed a motion to stay consideration of the motion until he receives a ruling from the Circuit on his application. The court concludes that Mr. Rucker's filing of the application with the Circuit tolls the one-year statute of limitations and that the limitations period remains tolled until the Circuit rules on the application. *See Orona v. United States*, ___ F.3d ___, 2016 WL 3435692 (9th Cir. June 22, 2016). A stay, then, is unnecessary.

**IT IS THEREFORE ORDERED BY THE COURT THAT** Mr. Rucker's motion to stay (doc.91) is moot.

**IT IS SO ORDERED.**

Dated this 29th day of June, 2016, at Kansas City, Kansas.

              s/ John W. Lungstrum
              John W. Lungstrum
              United States District Judge